PROCEEDING MEMORANDUM

Wednesday                                                        Anchorage, Alaska
October 12, 2016

| TIME | CASE NUMBER, NAME, and CHAPTER<br>TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 2/9:00 a.m. | Case No. A15-00355-HAR, **In re STEVEN M. QUIGLEY and LINDA J. QUIGLEY, Debtors.** Ch 7.<br><br>Hearing on Trustee's Objection to Proof of Claim No. 6 - Kollman Exteriors (DE# 37). Terry Draeger for the Debtor; Cabot Christianson for Kenneth Battley, Trustee. |

**Adjourned to:**            2016 at         .m. for:

**APPEARANCES:**
Cabot Christianson for Kenneth Battley, Trustee (Tele)

**SWORN AND EXAMINED:**

Time on record   9:05:42   -   Time off Record   9:07:22

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

　　X　　 Court will prepare order

　　The Trustee's objection to Claim No. 6 is sustained. Claim No. 6, filed by Kollman Exteriors in the sum of $9,177.81, is disallowed as a priority claim and is allowed as a general unsecured claim in that amount.

　　　　　　　　　　　　　　　　　　　　　/s/ Herb Ross
　　　　　　　　　　　　　　　　　　　　BANKRUPTCY JUDGE

cheryl
sue
amy