# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| In re: QUIGLEY, STEVEN M. | § Case No. 15-00355 |
| QUIGLEY, LINDA J. | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH W. BATTLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $269,083.00                Assets Exempt: $43,110.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $46,449.53        Claims Discharged
                                                    Without Payment: $612,587.59

Total Expenses of Administration: $23,257.37

---

3) Total gross receipts of $ 69,706.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $69,706.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $273,114.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,257.37 | 23,257.37 | 23,257.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 32,863.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 468,007.14 | 346,306.98 | 346,306.98 | 46,449.53 |
| **TOTAL DISBURSEMENTS** | $773,984.14 | $369,564.35 | $369,564.35 | $69,706.90 |

    4) This case was originally filed under Chapter 7 on October 21, 2015. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2017    By: /s/KENNETH W. BATTLEY
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Linda Q  beneficiary of  late mother's estat | 1129-000 | 69,706.90 |
| **TOTAL GROSS RECEIPTS** | | **$69,706.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PMKC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 33,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Greentree | 4110-000 | 239,314.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$273,114.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENDY'S SUPPORT SERVICES | 2690-000 | N/A | 390.49 | 390.49 | 390.49 |
| RUSSELL E MINKEMANN | 3410-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |
| RUSSELL E MINKEMANN | 3420-000 | N/A | 22.64 | 22.64 | 22.64 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENNETH W. BATTLEY | 2100-000 | N/A | 6,735.35 | 6,735.35 | 6,735.35 |
| KENNETH W. BATTLEY | 2200-000 | N/A | 58.86 | 58.86 | 58.86 |
| Law Offices of Cabot Christianson, P.C. | 3210-000 | N/A | 14,608.00 | 14,608.00 | 14,608.00 |
| Law Offices of Cabot Christianson, P.C. | 3220-000 | N/A | 34.84 | 34.84 | 34.84 |
| Rabobank, N.A. | 2600-000 | N/A | 21.90 | 21.90 | 21.90 |
| Rabobank, N.A. | 2600-000 | N/A | 79.35 | 79.35 | 79.35 |
| Rabobank, N.A. | 2600-000 | N/A | 106.25 | 106.25 | 106.25 |
| Rabobank, N.A. | 2600-000 | N/A | 99.69 | 99.69 | 99.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,257.37 | $23,257.37 | $23,257.37 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Municipality of Anchorage | 5200-000 | 32,863.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $32,863.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BDO USA, LLP | 7100-000 | 2,575.00 | 2,575.00 | 2,575.00 | 345.38 |
| 2 | Caddo Construction | 7100-000 | 23,599.00 | 23,599.00 | 23,599.00 | 3,165.29 |
| 3 | Matanuska Electric Association Inc. | 7100-000 | 1,778.00 | 6,730.31 | 6,730.31 | 902.72 |
| 4 | Hawaiian Electric Company | 7100-000 | 335.00 | 512.84 | 512.84 | 68.79 |
| 5 | DOC DBA | 7100-000 | 1,957.00 | 1,957.50 | 1,957.50 | 262.56 |
| 6 | Kollmann Exteriors | 7100-000 | 3,550.00 | 9,177.81 | 9,177.81 | 1,231.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 10,189.00 | 11,185.10 | 11,185.10 | 1,500.24 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 5,950.00 | 6,432.33 | 6,432.33 | 862.76 |
| 9 | Enstar Natural Gas Company | 7100-000 | 885.00 | 622.19 | 622.19 | 83.45 |
| 10 | Roake, Andy | 7100-000 | 3,016.00 | 6,895.00 | 6,895.00 | 924.81 |
| 11 | Mark S. Habermann | 7100-000 | 19,935.00 | 20,000.00 | 20,000.00 | 2,682.56 |
| 12 | A+ Insulation, Inc | 7100-000 | 13,390.00 | 15,864.49 | 15,864.49 | 2,127.88 |
| 13 | American InfoSource LP as agent for | 7100-000 | 649.00 | 805.62 | 805.62 | 108.06 |
| 14 | American InfoSource LP as agent for | 7100-000 | 332.00 | 245.30 | 245.30 | 32.90 |
| 15 | Kurt G. Hansmeier | 7100-000 | 100,000.00 | 239,704.49 | 239,704.49 | 32,151.13 |
| NOTFILED | R&J Painting | 7100-000 | 16,648.00 | N/A | N/A | 0.00 |
| NOTFILED | Shane's Finishing Touch | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | R & S Plumbing | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherwin Williams | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Richie General Contracting | 7100-000 | 41,439.00 | N/A | N/A | 0.00 |
| NOTFILED | Rent-A-Can Toilet Co | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | Residential Energy Designs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oceanic Time Warner Cable | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Publix Self Storage | 7100-000 | 646.00 | N/A | N/A | 0.00 |
| NOTFILED | Jim Brown Construction | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of James McCollum | 7100-000 | 526.00 | N/A | N/A | 0.00 |
| NOTFILED | Indian Wells Valley Water | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Majestic Sales Co Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Forbes & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Management LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Owens Inspection Services LLC | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Premium Financa | 7100-000 | 3,351.00 | N/A | N/A | 0.00 |
| NOTFILED | Siegel Construction LLC | 7100-000 | 19,860.00 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Door Inc | 7100-000 | 590.00 | N/A | N/A | 0.00 |
| NOTFILED | Mat-Su Home Builders Assoc | 7100-000 | 532.00 | N/A | N/A | 0.00 |
| NOTFILED | Tesoro Fleet Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | So Cal Edison | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| NOTFILED | GCI | 7100-000 | 363.00 | N/A | N/A | 0.00 |
| NOTFILED | Gazaway, Hal | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | GCI | 7100-000 | 550.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | GCI | 7100-000 | 211.14 | N/A | N/A | 0.00 |
| NOTFILED | Gibson Roofing | 7100-000 | 12,591.00 | N/A | N/A | 0.00 |
| NOTFILED | GCI | 7100-000 | 241.00 | N/A | N/A | 0.00 |
| NOTFILED | Guardian Security | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Golden North Construstion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Greatland Clinical | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Funk Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wasilla Creek Commons HOA | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Super Floors of AK Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Speedy Glass | 7100-000 | 1,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Spenard Builders Supply | 7100-000 | 8,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Taylored REstoration | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Traditional Marble & Granite | 7100-000 | 1,348.00 | N/A | N/A | 0.00 |
| NOTFILED | Florcraft Carpet One | 7100-000 | 13,971.00 | N/A | N/A | 0.00 |
| NOTFILED | US Healthworks | 7100-000 | 224.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-Digital Computer Svc | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | So. Cal Edison | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone Credit Services LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Action Drywall Inc | 7100-000 | 7,765.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AK USA FCU | 7100-000 | 9,723.00 | N/A | N/A | 0.00 |
| NOTFILED | AK Industrial Hardware | 7100-000 | 1,013.00 | N/A | N/A | 0.00 |
| NOTFILED | AK USA FCU | 7100-000 | 4,573.00 | N/A | N/A | 0.00 |
| NOTFILED | Alaska Waste | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Alaska Waste | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| NOTFILED | Builder's Millwork Supply | 7100-000 | 5,090.00 | N/A | N/A | 0.00 |
| NOTFILED | Builders' Choice | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chugach Electric | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Decor Lighting | 7100-000 | 5,904.00 | N/A | N/A | 0.00 |
| NOTFILED | Curtis Flooring | 7100-000 | 3,937.00 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Betty Irvine c/o Heidi Borson | 7100-000 | 23,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependable Services | 7100-000 | 3,812.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Enstar | 7100-000 | 367.00 | N/A | N/A | 0.00 |
| NOTFILED | Brink Garage Doors | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bright Smiles Dental LLC | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Arctic Office Products | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Allen & Peterson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Anderson Engineering | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AWWU | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| NOTFILED | BDO | 7100-000 | 2,670.00 | N/A | N/A | 0.00 |
| NOTFILED | AWWU | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | BOA - Business Card | 7100-000 | 30,788.00 | N/A | N/A | 0.00 |
| NOTFILED | Bilikin Invest. - Midas | 7100-000 | 1,074.00 | N/A | N/A | 0.00 |
| NOTFILED | BOA - AK Airlines | 7100-000 | 11,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Extreme Heating & Air | 7100-000 | 38,551.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $468,007.14 | $346,306.98 | $346,306.98 | $46,449.53 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-00355  
**Case Name:** QUIGLEY, STEVEN M.  
QUIGLEY, LINDA J.  
**Period Ending:** 02/15/17

**Trustee:** (230020) KENNETH W. BATTLEY  
**Filed (f) or Converted (c):** 10/21/15 (f)  
**§341(a) Meeting Date:** 11/19/15  
**Claims Bar Date:** 08/22/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 68-3907 Paniolo Avenue #204, Waikoloa, HI (Big I<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | 42" TV $75; Couch $20; love eat $150; office cha<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 6,700.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 450.00 | 0.00 | | 0.00 | FA |
| 4 | Two fur coats (cost was $3000) - left behind in<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | Set of golf clubs - one set in California and on<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Chugach Meadows and HW World Wide - both defunct<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Linda Q beneficiary of late mother's estat<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 100,000.00 | 96,033.00 | | 69,706.90 | FA |
| 8 | Listed as household goods<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Tools, two nail gunes, space heaters, shovels, s<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | State of AK - not part of estate pursuant to 541<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 51% Woodbuilt Homes stock (assets & liabilities;<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-00355  
**Case Name:** QUIGLEY, STEVEN M.  
QUIGLEY, LINDA J.  
**Period Ending:** 02/15/17

**Trustee:** (230020)   KENNETH W. BATTLEY  
**Filed (f) or Converted (c):** 10/21/15 (f)  
**§341(a) Meeting Date:** 11/19/15  
**Claims Bar Date:** 08/22/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12  2005 Honda CRV  Orig. Asset Memo: Imported from original petition Doc# 1; | 4,475.00 | 0.00 | | 0.00 | FA |
| 13  Cash; AK USA FCU (6925) Savings acct - wife; Mis  Orig. Asset Memo: Imported from original petition Doc# 1; | 11,633.00 | 0.00 | | 0.00 | FA |
| 14  2014 Toyota Coroola | 12,525.00 | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$369,083.00** | **$96,033.00** | | **$69,706.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

06-30-2016  First funds came into estate June 21st.  Expect final monies to be paid in the next  2 months and will  prepare to do claims analysis after Aug. 22nd claim deadline.

**Initial Projected Date Of Final Report (TFR):**     December 30, 2016          **Current Projected Date Of Final Report (TFR):**     October 17, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-00355 | | Trustee: | KENNETH W. BATTLEY (230020) |
| --- | --- | --- | --- | --- |
| Case Name: | QUIGLEY, STEVEN M. | | Bank Name: | Rabobank, N.A. |
| | QUIGLEY, LINDA J. | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***8807 | | Blanket Bond: | $65,574,033.00 (per case limit) |
| Period Ending: | 02/15/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/16 | {7} | Linda Quigley | Pmt from inheritance | 1129-000 | 57,254.63 | | 57,254.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.90 | 57,232.73 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.35 | 57,153.38 |
| 08/02/16 | {7} | Durrell Law Group | final funds on Inheritance | 1129-000 | 12,452.27 | | 69,605.65 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.25 | 69,499.40 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.69 | 69,399.71 |
| 12/07/16 | 101 | WENDY'S SUPPORT SERVICES | Prepare & mailout Notice of Final to court matrix | 2690-000 | | 390.49 | 69,009.22 |
| 01/24/17 | 102 | RUSSELL E MINKEMANN | Dividend paid 100.00% on $1,100.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,100.00 | 67,909.22 |
| 01/24/17 | 103 | RUSSELL E MINKEMANN | Dividend paid 100.00% on $22.64, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 22.64 | 67,886.58 |
| 01/24/17 | 104 | KENNETH W. BATTLEY | Dividend paid 100.00% on $6,735.35, Trustee Compensation; Reference: | 2100-000 | | 6,735.35 | 61,151.23 |
| 01/24/17 | 105 | KENNETH W. BATTLEY | Dividend paid 100.00% on $58.86, Trustee Expenses; Reference: | 2200-000 | | 58.86 | 61,092.37 |
| 01/24/17 | 106 | Law Offices of Cabot Christianson, P.C. | Dividend paid 100.00% on $14,608.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 14,608.00 | 46,484.37 |
| 01/24/17 | 107 | Law Offices of Cabot Christianson, P.C. | Dividend paid 100.00% on $34.84, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 34.84 | 46,449.53 |
| 01/24/17 | 108 | BDO USA, LLP | Dividend paid 13.41% on $2,575.00; Claim# 1; Filed: $2,575.00; Reference: | 7100-000 | | 345.38 | 46,104.15 |
| 01/24/17 | 109 | Caddo Construction | Dividend paid 13.41% on $23,599.00; Claim# 2; Filed: $23,599.00; Reference: | 7100-000 | | 3,165.29 | 42,938.86 |
| 01/24/17 | 110 | Matanuska Electric Association Inc. | Dividend paid 13.41% on $6,730.31; Claim# 3; Filed: $6,730.31; Reference: | 7100-000 | | 902.72 | 42,036.14 |
| 01/24/17 | 111 | Hawaiian Electric Company | Dividend paid 13.41% on $512.84; Claim# 4; Filed: $512.84; Reference: | 7100-000 | | 68.79 | 41,967.35 |
| 01/24/17 | 112 | DOC DBA | Dividend paid 13.41% on $1,957.50; Claim# 5; Filed: $1,957.50; Reference: | 7100-000 | | 262.56 | 41,704.79 |
| 01/24/17 | 113 | Kollmann Exteriors | Dividend paid 13.41% on $9,177.81; Claim# 6; Filed: $9,177.81; Reference: | 7100-000 | | 1,231.00 | 40,473.79 |
| 01/24/17 | 114 | Capital One Bank (USA), N.A. | Dividend paid 13.41% on $11,185.10; Claim# 7; Filed: $11,185.10; Reference: | 7100-000 | | 1,500.24 | 38,973.55 |
| 01/24/17 | 115 | Capital One Bank (USA), N.A. | Dividend paid 13.41% on $6,432.33; Claim# 8; Filed: $6,432.33; Reference: | 7100-000 | | 862.76 | 38,110.79 |

Subtotals : $69,706.90   $31,596.11

{} Asset reference(s)

Printed: 02/15/2017 04:45 PM   V.13.28

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-00355 |
|---|---|
| Case Name: | QUIGLEY, STEVEN M. |
|  | QUIGLEY, LINDA J. |
| Taxpayer ID #: | **-***8807 |
| Period Ending: | 02/15/17 |

| Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******2766 - Checking Account |
| Blanket Bond: | $65,574,033.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/24/17 | 116 | Enstar Natural Gas Company | Dividend paid 13.41% on $622.19; Claim# 9; Filed: $622.19; Reference: | 7100-000 | | 83.45 | 38,027.34 |
| 01/24/17 | 117 | Roake, Andy | Dividend paid 13.41% on $6,895.00; Claim# 10; Filed: $6,895.00; Reference: | 7100-000 | | 924.81 | 37,102.53 |
| 01/24/17 | 118 | Mark S. Habermann | Dividend paid 13.41% on $20,000.00; Claim# 11; Filed: $20,000.00; Reference: | 7100-000 | | 2,682.56 | 34,419.97 |
| 01/24/17 | 119 | A+ Insulation, Inc | Dividend paid 13.41% on $15,864.49; Claim# 12; Filed: $15,864.49; Reference: | 7100-000 | | 2,127.88 | 32,292.09 |
| 01/24/17 | 120 | American InfoSource LP as agent for | Dividend paid 13.41% on $805.62; Claim# 13; Filed: $805.62; Reference: | 7100-000 | | 108.06 | 32,184.03 |
| 01/24/17 | 121 | American InfoSource LP as agent for | Dividend paid 13.41% on $245.30; Claim# 14; Filed: $245.30; Reference: | 7100-000 | | 32.90 | 32,151.13 |
| 01/24/17 | 122 | Kurt G. Hansmeier | Dividend paid 13.41% on $239,704.49; Claim# 15; Filed: $239,704.49; Reference: | 7100-000 | | 32,151.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 69,706.90 | 69,706.90 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 69,706.90 | 69,706.90 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $69,706.90 | $69,706.90 | |

| Net Receipts : | 69,706.90 |
|---|---|
| Net Estate : | $69,706.90 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 69,706.90 | 69,706.90 | 0.00 |
| | $69,706.90 | $69,706.90 | $0.00 |

{} Asset reference(s)